IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROY MCFADDEN, JR.,

Plaintiff,

v.

JSK TRANSPORT, LTD., *et al*.,

Defendants.

Case No. 20-cv-557 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 11/29/2022**

**MONICA A. STUMP, Clerk of Court**

**s/ Tina Gray, Deputy Clerk**

**Approved:**   **_s/J. Phil Gilbert_**
**J. PHIL GILBERT**
**DISTRICT JUDGE**